# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | |
|---|---|
| **Matthew Walker** | |
| _____ | |
| *Plaintiff* | Case No.   **3:19-cv-00888-JBA** |
| v. | |
| **Accenture PLC, et al.** | |
| _____ | |
| *Defendant* | |

## Identification of Initial Discovery Protocol for Employment Cases

To:    The Clerk of Court and all parties of record

The Initial Discovery Protocol does not apply to this case.

Date:    **6/13/2019**
_____

**/s/ Michael J. Reilly**
_____
*Attorney's signature*

**Michael J. Reilly (ct28651)**
_____
*Printed name and bar number*

**Cicchiello & Cicchiello, LLP**
**364 Franklin Avenue**
**Hartford, CT 06114**
_____
*Address*

**mreilly@cicchielloesq.com**
_____
*E-mail address*

**860-296-3457**
_____
*Telephone number*

**860-296-0676**
_____
*FAX number*