## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ATILA BAYAT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ACCENTURE CORPORATION LLC,<br><br>　　　　　　Defendants. | Civil No. No. 3:18-01602-VAB |
| MATTHEW WALKER, *Individually and on Behalf of All Others Similarly Situated*,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ACCENTURE PLC and ACCENTURE LLP,<br><br>　　　　　　Defendants. | Civil No. 3:19-cv-00888-JBA |

### [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS

　　The above-captioned actions, which involve the same subject matter, same defendant, and common questions of law and fact, are related actions that, in the interests of justice and efficiency should be and are hereby consolidated for all purposes, including pre-trial proceedings and trial, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

　　Accordingly, it is **ORDERED** that:

　　1.　　Every pleading filed in these consolidated actions (the "Consolidated Action") shall be filed in the docket for *Bayat v. Accenture Corporation LLC*, No. 3:18-01602-VAB and the files of these consolidated actions shall be maintained in that case.

2. Plaintiffs in the Consolidated Action shall file a consolidated amended complaint (the "Consolidated Amended Complaint") that shall serve as the operative complaint in this matter.

3. The schedule and all deadlines in the *Bayat* Action (No. 3:18-01602-VAB) are **VACATED**.

4. The Court will convene a Conference to discuss procedures for the conduct of the consolidated proceedings on _____ at _____.

**IT IS SO ORDERED**.

_____
United States District Judge

DATED: _____, 2019